R. Renee SHOKOOHE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3149.

United States Court of Appeals,
Federal Circuit.

March 16, 2007.

ON MOTION

*ORDER*

Upon consideration of the parties' joint stipulation for dismissal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

* We note that the parties requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.